Venegas, CorpusChristi

| PROB 22 (Rev. 8/97) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 2:07CR00062-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: Roberto Salcedo Chicago, Illinois | DISTRICT Southern District of Texas | DIVISION Corpus Christi |
|---|---|---|
| | NAME OF SENTENCING JUDGE Hayden Head, Chief Judge | **JUDGE LEINENWEBER** |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 3/7/2008 — TO 3/06/2011 |

RECEIVED JUN 0 9 2008 U.S. PROBATION OFFICE CHICAGO, ILLINOIS

**08CR 494**

OFFENSE

Transportation of an Unlawful Alien Within the United States, in violation of 8 U.S.C. § 1324 (a)(1)(A)(ii) and (a)(1)(B)(ii)

**MAGISTRATE JUDGE COLE**

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION</u>

    It is ordered that the jurisdiction of this supervised releasee be transferred with the records of the Court to the United States District Court for the Northern District of Illinois on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

_5/29/08_
Date

_Hayden Head_
Hayden Head, Chief Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

    Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

JUN 1 9 2008
Effective Date

_[signature]_
United States District Judge

**FILED**
JUN 2 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT