| PROB 22 (Rev. 8/97) | | DOCKET NUMBER *(Tran. Court)* 2:07CR00062-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: Roberto Salcedo Chicago, Illinois | DISTRICT Southern District of Texas | DIVISION Corpus Christi |
|---|---|---|
| | NAME OF SENTENCING JUDGE Hayden Head, Chief Judge | **JUDGE LEINENWEBER** |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 3/7/2008 — TO 3/06/2011 |

RECEIVED JUN 09 2008 U.S. PROBATION OFFICE CHICAGO, ILLINOIS

**08CR 494**

OFFENSE

Transportation of an Unlawful Alien Within the United States, in violation of 8 U.S.C. § 1324 (a)(1)(A)(ii) and (a)(1)(B)(ii)

**MAGISTRATE JUDGE COLE**

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION</u>

It is ordered that the jurisdiction of this supervised releasee be transferred with the records of the Court to the United States District Court for the Northern District of Illinois on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

5/29/08
_Date_

_Hayden Head, Chief Judge_

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

JUN 19 2008
_Effective Date_

_United States District Judge_

**FILED**
JUL 14 2008
7-14-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

U. S. Clerk's Office
1133 N. Shoreline Blvd., Suite #208
Corpus Christi, Texas 78401-2042
July 7, 2008

FILED
J.N
JUL 1 4 2008
7-14-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

U. S. District Clerk
Northern District of Illinois
219 South Dearborn St.
Chicago, Illinois 60604

Judge Leinenweber
Mag. Judge Cole

RE: Robert Salcedo
Our Case No: CR C-07cr62
Your Case No: 08cr494

Clerk's Office:

Please find enclosed documents regarding the above named defendant:

1) Indictment
2) Judgment
3) Docket sheet

Kindly acknowledge receipt of the enclosures by signing and returning the enclosed copy of this letter.

Sincerely,

MICHAEL N. MILBY, Clerk

By: _____
Linda R. Smith, Deputy Clerk

Encl.
Received this the _____ day of _____, 2008

By: _____



**MICHAEL W. DOBBINS**

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5698

**July 1, 2008**

Southern District Court
U.S. District Court
Office of the Clerk
208 United States Courthouse
1133 North Shoreline Boulevard
Corpus Christi, TX 78401

United States Courts
Southern District of Texas
FILED

JUL 0 7 2008

Michael N. Milby, Clerk of Court

Dear Clerk:

**Re:** 2:07CR00062-001    USA v. Roberto Salcedo    Judge Hayden Head

Our Case Number:    08 CR 494 - Northern District of Illinois

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by: [signature]
Marsha E. Glenn
Deputy Clerk

Enclosure

CLOSED

## U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Corpus Christi)
## CRIMINAL DOCKET FOR CASE #: 2:07-cr-00062-1
### Internal Use Only

Case title: USA v. Salcedo  
Magistrate judge case number: 2:07-mj-00021

Date Filed: 02/14/2007  
Date Terminated: 06/28/2007

Assigned to: Judge John D. Rainey

### Defendant (1)

**Roberto Salcedo**  
*$20,000 Appearance Bond w/$500 Deposit*  
*TERMINATED: 06/28/2007*

represented by **Crispin C J Quintanilla, III**  
Garcia Quintanilla et al  
5526 N 10th  
McAllen, TX 78504  
956-682-9477  
Fax: 956-682-0223  
Email: gqplaw@yahoo.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
Designation: Retained

### Pending Counts

BRINGING IN AND HARBORING ALIENS  
(1)

### Disposition

6 Mos BOP; 3 Yrs SRT; $300 Fine; $100 Spcl Assmt

### Highest Offense Level (Opening)

Felony

### Terminated Counts

BRINGING IN AND HARBORING ALIENS  
(2-3)

### Disposition

Dismissed on Govt's Motion

### Highest Offense Level (Terminated)

Felony

### Complaints

8:1324.F - Bringing in and Harboring Aleins

### Disposition

TRUE COPY I CERTIFY  
ATTEST:  
MICHAEL N. MILBY, **Clerk of Court**  
By _____  
Deputy Clerk

https://ecf-d.txs.circ5.dcn/cgi-bin/DktRpt.pl?660285760386408-L_567_0-1    7/7/2008

**Plaintiff**

USA                                                 represented by **Robert Douglas Thorpe, Jr**
                                                                   Assistant US Atty
                                                                   800 N Shoreline
                                                                   Ste 500
                                                                   Corpus Christi, TX 78401
                                                                   361-888-3111
                                                                   Fax: 361-888-3200
                                                                   Email: robert.thorpe@usdoj.gov
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*
                                                                   *Designation: Retained*

                                                                   **Financial Litigation**
                                                                   U S Attorney's Office
                                                                   P O Box 61129
                                                                   Houston, TX 77208
                                                                   713-567-9000
                                                                   Fax: 713-718-3391 fax
                                                                   *ATTORNEY TO BE NOTICED*
                                                                   *Designation: Retained*

                                                                   **US Marshal - CC**
                                                                   1133 North Shoreline, Room 109
                                                                   Corpus Christi, TX 78401
                                                                   361-888-3154
                                                                   Fax: 361-888-3174
                                                                   *ATTORNEY TO BE NOTICED*
                                                                   *Designation: Retained*

                                                                   **US Pretrial Svcs-CC**
                                                                   1133 N Shoreline Blvd
                                                                   Rm 114
                                                                   Corpus Christi, TX 78401
                                                                   361-888-3411
                                                                   Fax: 361-888-3419 fax
                                                                   Email: txsptdb_corduty@txspt.uscourts.gov
                                                                   *ATTORNEY TO BE NOTICED*
                                                                   *Designation: Retained*

                                                                   **US Probation - CC**
                                                                   1133 North Shoreline Blvd, Room 124
                                                                   Corpus Christi, TX 78401
                                                                   361-888-3518 fax
                                                                   Fax: 361-888-3518 fax
                                                                   Email: TXSPdb_CorDuty@txsp.uscourts.gov

*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/17/2007 | | Arrest of Material Witnesses in case as to Roberto Saucedo, filed. (kwallace, ) [2:07-mj-00021] (Entered: 01/19/2007) |
| 01/17/2007 | | Arrest of Roberto Saucedo, filed. (kwallace, ) [2:07-mj-00021] (Entered: 01/25/2007) |
| 01/18/2007 | 1 | SEALED Financial Affidavit - CJA 23 by Roberto Saucedo (See General Order 2004-11), filed.(kwallace, ) [2:07-mj-00021] (Entered: 01/19/2007) |
| 01/18/2007 | 2 | ORDER OF TEMPORARY DETENTION AND HEARING as to Roberto Saucedo.( Signed by Judge Brian L Owsley ). Parties notified. (kwallace, ) [2:07-mj-00021] (Entered: 01/19/2007) |
| 01/18/2007 | 3 | Minute Entry for proceedings held before Judge Brian L Owsley: INITIAL APPEARANCE OF MATERIAL WITNESS(ES) as to Roberto Saucedo, (Material Witness(es) informed of rights) held on 1/18/2007 Appearance entered by Corpus Christi Interpreter for Ye Lin and Fu Dilian on behalf of defendant. Status Conference set for 1/31/2007 at 11:00 AM before Magistrate Judge Brian L Owsley Appearances:Robert Thorpe. Corpus Christi Interpreter.(Digital # 4:31:42-4:49:34)(ERO:Kendra Bledsoe) (Interpreter:June Hu) Deft remanded to custody, filed.(kwallace, ) [2:07-mj-00021] (Entered: 01/19/2007) |
| 01/18/2007 | 4 | SEALED Financial Affidavit - CJA 23 by Material Witness Ai Bin Wang as to Roberto Saucedo (See General Order 2004-11), filed. (kwallace, ) [2:07-mj-00021] (Entered: 01/19/2007) |
| 01/18/2007 | 5 | SEALED Financial Affidavit - CJA 23 by Material Witness Fu Dil Lian as to Roberto Saucedo (See General Order 2004-11), filed. (kwallace, ) [2:07-mj-00021] (Entered: 01/19/2007) |
| 01/18/2007 | 6 | SEALED Financial Affidavit - CJA 23 by Material Witness Ye Lin as to Roberto Saucedo (See General Order 2004-11), filed. (kwallace, ) [2:07-mj-00021] (Entered: 01/19/2007) |
| 01/18/2007 | 10 | COMPLAINT as to Roberto Saucedo (1), filed. (kwallace, ) Additional attachment(s) added on 1/25/2007 (kwallace, ). [2:07-mj-00021] (Entered: 01/25/2007) |
| 01/18/2007 | 11 | Affidavit for Material Witness(es) Ye Lin, Fu Dilliam and Ai Bin Wang as to Roberto Saucedo, filed.(kwallace, ) [2:07-mj-00021] (Entered: 01/25/2007) |
| 01/18/2007 | 12 | Minute Entry for proceedings held before Judge Brian L Owsley: INITIAL APPEARANCE as to Roberto Saucedo,(Deft informed of rights) held on 1/18/2007. Preliminary Examination & Detention Hearing set for 1/23/2007 at 10:00 AM before Magistrate Judge Brian L Owsley. Status Conference set for 1/31/2007 at 11:00 AM before Magistrate Judge Brian L Owsley Appearances:Robert Thorpe.(Digital # 4:52:30-4:58:27)(ERO:Kendra |

| | | |
|---|---|---|
| | | Bledsoe) Deft remanded to custody, filed.(kwallace, ) [2:07-mj-00021] (Entered: 01/25/2007) |
| 01/19/2007 | 7 | MINUTE ENTRY adding atty Yan Min Quo for Material Witnesses as to Roberto Saucedo, filed.(kwallace, ) [2:07-mj-00021] (Entered: 01/19/2007) |
| 01/19/2007 | | Attorney update in case as to Roberto Saucedo. Attorney Yan Min Kuo for Ye Lin and Fu Dilian added. (kwallace, ) [2:07-mj-00021] (Entered: 01/23/2007) |
| 01/22/2007 | 8 | NOTICE OF ATTORNEY APPEARANCE: Crispin C J Quintanilla, III appearing for Roberto Saucedo, filed.(Quintanilla, Crispin) [2:07-mj-00021] (Entered: 01/22/2007) |
| 01/23/2007 | | Minute Entry for proceedings held before Judge Brian L Owsley :PRELIMINARY EXAMINATION & DETENTION HEARING as to Roberto Saucedo held on 1/23/2007. Preliminary exam waived in open court. Atty Quintanilla advises Court that defendants last name is "Salcedo"; Government moves to amend complaint; granted by court. Atty Quintanilla requests more time for detention hearing. Court grants request. Detention Hearing set for 1/26/2007 at 10:00 AM before Magistrate Judge Brian L Owsley...... Appearances:Jon Muschenheim. Crispin C J Quintanilla, III. (Digital # 10:04:54-10:08:23)(ERO:kbledsoe) Deft remanded to custody, filed.(kbledsoe, ) Modified on 1/23/2007 (kbledsoe, ). [2:07-mj-00021] (Entered: 01/23/2007) |
| 01/23/2007 | 9 | CJA 20 for Material Witness : Appointment of Attorney Yan Min Kuo for Ye Lin, Ai Bin Wang and Fu Dilian as to Roberto Saucedo ( Signed by Judge Brian L Owsley ). Parties notified. (kwallace, ) [2:07-mj-00021] (Entered: 01/24/2007) |
| 01/23/2007 | 13 | ORDER AMENDING COMPLAINT as to Robert Salcedo ( Signed by Judge Brian L Owsley ). Parties notified. (kwallace, ) [2:07-mj-00021] (Entered: 01/25/2007) |
| 01/26/2007 | | Minute Entry for proceedings held before Judge Brian L Owsley : DETENTION HEARING as to Robert Salcedo held on 1/26/2007. Government withdraws motion for detention and court sets bond as follows: $20,000-$500 cash deposit with father to serve as co-surety/3rd party custodian with conditions. Appearances:Jon Muschenheim. Crispin C J Quintanilla, III.(Digital # 10:09:21-10:19:53)(ERO:kbledsoe) Deft remanded to custody, filed.(kbledsoe, ) Modified on 1/29/2007 (kbledsoe, ). [2:07-mj-00021] (Entered: 01/29/2007) |
| 01/26/2007 | 14 | Appearance Bond Entered as to Robert Salcedo in amount of $ 20,000 w/ $500 Deposit, filed. (Attachments: # 1 Unredacted Bond)(kwallace, ) [2:07-mj-00021] (Entered: 01/29/2007) |
| 01/31/2007 | | Minute Entry for proceedings held before Judge Brian L Owsley :Status Conference as to Robert Salcedo held on 1/31/2007. Stipulations entered and accepted by the court. Motion to release material witness filed-granted. Appearances:Elsa Salinas-Patterson. Yan Min Kuo, Crispin C J Quintanilla, III.(Digital # 11:14:52-11:19:18)(ERO:kbledsoe) Deft remanded to custody, |

| | | |
|---|---|---|
| | | filed.(kbledsoe, ) [2:07-mj-00021] (Entered: 02/01/2007) |
| 01/31/2007 | 15 | Stipulation, filed.(srussell, ) [2:07-mj-00021] (Entered: 02/01/2007) |
| 01/31/2007 | 16 | MOTION to Release Material Witnesses by USA as to Robert Salcedo, filed. (srussell, ) [2:07-mj-00021] (Entered: 02/01/2007) |
| 01/31/2007 | 17 | ORDER granting 16 Motion to Release Material Witnesses as to Robert Salcedo (1).(Signed by Judge Brian L Owsley.) Parties notified.(srussell, ) [2:07-mj-00021] (Entered: 02/01/2007) |
| 02/14/2007 | 18 | INDICTMENT (The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to Robert Salcedo (1) count (s) 1-3, filed. (Attachments: # 1 Unredacted Indictment) (kwallace, ) (Entered: 02/14/2007) |
| 02/14/2007 | 19 | US Attys Criminal Docket Sheet as to Robert Salcedo, filed.(kwallace, ) (Entered: 02/14/2007) |
| 02/16/2007 | 20 | NOTICE OF SETTING as to Robert Salcedo. Arraignment set for 2/23/2007 at 08:00 AM before Magistrate Judge B. Janice Ellington, filed. (glerma, ) (Entered: 02/16/2007) |
| 02/23/2007 | | Minute Entry for proceedings held before Judge B. Janice Ellington : ARRAIGNMENT as to Roberto Salcedo (1) Count 1-3 held on 2/23/2007. Not Guilty on 1-3. Appearances:Jon Muschenheim. Crispin C J Quintanilla, III.(Digital # 8:05:51-8:08:40)(ERO:Grace Lerma) Deft continued on bond, filed.(amireles, ) (Entered: 02/23/2007) |
| 02/23/2007 | 21 | SCHEDULING ORDER as to Roberto Salcedo. Pretrial Conference set for 3/26/2007 at 09:00 AM before Chief Judge Hayden Head Jury Selection set for 4/2/2007 at 09:00AM before Chief Judge Hayden Head Jury Trial set for 4/2/2007 at 09:00 AM before Chief Judge Hayden Head Plea Agreement due by 3/19/2007.( Signed by Judge B. Janice Ellington ). Parties notified. (amireles, ) (Entered: 02/23/2007) |
| 03/07/2007 | 22 | NOTICE of Transfer as to Roberto Salcedo. Case reassigned to Judge John D. Rainey for the following reason: by agreement of the judges. Judge John D. Rainey added. Judge Hayden Head no longer assigned case. Pretrial Conference or rearraignment is scheduled for 3/26/2007 before Judge John D. Rainey... (jrichards, ) (Entered: 03/07/2007) |
| 03/16/2007 | 23 | NOTICE of of intention to enter a plea of guilty by Roberto Salcedo, filed. (Quintanilla, Crispin) (Entered: 03/16/2007) |
| 03/26/2007 | | Minute Entry for proceedings held before Judge John D. Rainey: RE-ARRAIGNMENT held on 3/26/2007. Roberto Salcedo (1) Guilty Count 1. Plea Agreement filed. Sentencing set for 06/14/07 at 10:50 a.m. Deft continued on bond. Appearances:Julie Hampton. Crispin C J Quintanilla, III. (Court Reporter: R. Payton)(Digital # Time 9:09-9:36 (Set 9:00)), filed. (kwallace, ) (Entered: 03/26/2007) |
| 03/26/2007 | 24 | MEMORANDUM OF PLEA AGREEMENT as to Roberto Salcedo, filed. (kwallace, ) (Entered: 03/26/2007) |

| | | |
|---|---|---|
| 03/26/2007 | 25 | ORDER for Presentence Investigation and Disclosure & Sentencing Dates as to Roberto Salcedo. PSI Completion due by 5/10/2007. Objection to PSI due by 5/24/2007 Final PSI due by 6/7/2007 Sentencing set for 6/14/2007 at 10:50 AM before Judge John D. Rainey.( Signed by Judge John D. Rainey ) Parties notified. (kwallace, ) (Entered: 03/26/2007) |
| 06/01/2007 | 26 | MOTION for Leave to File objections to pre-sentence report by Roberto Salcedo, filed. (Attachments: # 1 Proposed Order)(Quintanilla, Crispin) (Entered: 06/01/2007) |
| 06/06/2007 | 27 | FINAL PRESENTENCE INVESTIGATION REPORT (Sealed) as to Roberto Salcedo, filed. (mmunoz, ) (Entered: 06/06/2007) |
| 06/06/2007 | 28 | CONFIDENTIAL SENTENCING REC0MMENDATION (Sealed) regarding Roberto Salcedo, filed. (mmunoz, ) (Entered: 06/06/2007) |
| 06/06/2007 | 29 | SEALED ADDENDUM to 27 Final Presentence Investigation Report (SEALED) as to Roberto Salcedo, filed. (mmunoz, ) (Entered: 06/06/2007) |
| 06/07/2007 | 30 | ORDER granting Defendant's 26 Motion for Leave to File Objections to PSI as to Roberto Salcedo (1).(Signed by Judge John D. Rainey.) Parties notified. (kwallace, ) (Entered: 06/07/2007) |
| 06/08/2007 | 31 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT (SEALED) by Roberto Salcedo, filed. (Quintanilla, Crispin) (Entered: 06/08/2007) |
| 06/11/2007 | | Sentencing re-set to 6/15/07 at 10:50am as to Roberto Salcedo. (yhausmann, ) (Entered: 06/11/2007) |
| 06/12/2007 | 32 | SEALED SECOND ADDENDUM to 27 Final Presentence Investigation Report (SEALED) as to Roberto Salcedo, filed. (mmunoz, ) (Entered: 06/12/2007) |
| 06/15/2007 | 33 | MOTION to Dismiss Count(s) *Two and Three of the Indictment* by USA as to Roberto Salcedo, filed. (Attachments: # 1 Proposed Order)(Thorpe, Robert) (Entered: 06/15/2007) |
| 06/15/2007 | | Minute Entry for proceedings held before Judge John D. Rainey: Sentencing held on 6/15/2007 for Roberto Salcedo (1), Count(s) 1, 6 Mos BOP; 3 Yrs SRT; $300 Fine (to be pd $50 monthly after release); $100 Spcl Assmt; Count(s) 2-3, Dismissed on Govt's Motion. Standard conditions apply. Objections to PSI addressed - PSI sealed. Deft admonished re: waiver of right to appeal. Deft ordered to surrender to institution when designated. Appearances: USPO: Gil Mireles; Lance Duke, Crispin C J Quintanilla, III. (Court Reporter: R. Payton)(Set 10:50 (Time 10:56-11:09)) Deft continued on bond, filed.(kwallace, ) (Entered: 06/15/2007) |
| 06/28/2007 | 34 | JUDGMENT as to Roberto Salcedo (Signed by Judge John D. Rainey) Parties notified. (yhausmann, ) (Entered: 06/29/2007) |
| 06/28/2007 | 35 | STATEMENT OF REASONS (Sealed) as to Roberto Salcedo. (yhausmann, ) (Entered: 06/29/2007) |

| 06/28/2007 | (Court only) ***Case Terminated as to Roberto Salcedo. (yhausmann, ) (Entered: 06/29/2007) |

United States Courts
Southern District of Texas
FILED

FEB 1 4 2007

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER |
| ROBERTO SALCEDO | § | **C-07-062** |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about January 17, 2007, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

### ROBERTO SALCEDO,

did knowingly and in reckless disregard of the fact that Ye Lin was an alien who had come to, entered, and remained in the United States in violation of law, transport and move such alien within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii).

### COUNT TWO

On or about January 17, 2007, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

### ROBERTO SALCEDO,

did knowingly and in reckless disregard of the fact that Fu Di Lian was an alien who had come to, entered, and remained in the United States in violation of law, transport and move such alien within

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court
By _____
         Deputy Clerk

the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii).

### COUNT THREE

On or about January 17, 2007, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

**ROBERTO SALCEDO,**

did knowingly and in reckless disregard of the fact that Ai Bin Wang was an alien who had come to, entered, and remained in the United States in violation of law, transport and move such alien within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii).

A TRUE BILL:

███████████████

FOREPERSON OF THE GRAND JURY

DONALD J. DeGABRIELLE, JR.
UNITED STATES ATTORNEY

By: _____
ROBERT D. THORPE, JR.
Assistant United States Attorney

2

AO 245B (Rev. 08/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Corpus Christi

UNITED STATES OF AMERICA
v.
**ROBERTO SALCEDO**

JUDGMENT IN A CRIMINAL CASE

CASE NUMBER: 2:07CR00062-001
USM NUMBER: 65863-179

Crispin C. J. Quintanilla, III
Defendant's Attorney

☐ See Additional Aliases.

**THE DEFENDANT:**

☒ pleaded guilty to count(s)    1 on March 26, 2007

☐ pleaded nolo contendere to count(s) _____
    which was accepted by the court.

☐ was found guilty on count(s) _____
    after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii) | Transportation of an Unlawful Alien Within the United States | 01/17/2007 | 1 |

☐ See Additional Counts of Conviction.

     The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)   2 and 3     ☐ is   ☒ are   dismissed on the motion of the United States.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court
By _____ Deputy Clerk

June 15, 2007
Date of Imposition of Judgment

/s/ John D. Rainey
Signature of Judge

JOHN D. RAINEY
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

6/28/07
Date

JM | GJM/mam

AO 245B    (Rev. 08/05) Judgment in a Criminal Case
           Sheet 2 -- Imprisonment

Judgment — Page 2 of 5

DEFENDANT: ROBERTO SALCEDO
CASE NUMBER: 2:07CR00062-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of _____ 6 months. _____

☐ See Additional Imprisonment Terms.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☒ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 08/05) Judgment in a Criminal Case
           Sheet 3 — Supervised Release

Judgment -- Page 3 of 5

DEFENDANT: ROBERTO SALCEDO
CASE NUMBER: 2:07CR00062-001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: 3 year(s).

☐ See Additional Supervised Release Terms.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. *(for offenses committed on or after September 13, 1994)*

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

☐ See Special Conditions of Supervision.

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 08/05) Judgment in a Criminal Case
           Sheet 5 — Criminal Monetary Penalties

Judgment — Page 4 of 5

DEFENDANT: **ROBERTO SALCEDO**
CASE NUMBER: **2:07CR00062-001**

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $100.00 | $300.00 |  |

☐ See Additional Terms for Criminal Monetary Penalties.

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal payees must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|

☐ See Additional Restitution Payees.

**TOTALS**     $    0.00     $    0.00

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☒ the interest requirement is waived for the ☒ fine    ☐ restitution.

    ☐ the interest requirement for the ☐ fine    ☐ restitution is modified as follows:

☐ Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B   (Rev. 08/05) Judgment in a Criminal Case
         Sheet 6 – Schedule of Payments

Judgment – Page 5 of 5

DEFENDANT: **ROBERTO SALCEDO**
CASE NUMBER: **2:07CR00062-001**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  ☐  Lump sum payment of $ _____ due immediately, balance due
         ☐  not later than _____, or
         ☐  in accordance with  ☐ C, ☐ D, ☐ E, or ☐ F below; or

B  ☐  Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C  ☐  Payment in equal _____ installments of $ _____ over a period of _____, to commence _____ days after the date of this judgment; or

D  ☐  Payment in equal _____ installments of $ _____ over a period of _____, to commence _____ days after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ days after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☒  Special instructions regarding the payment of criminal monetary penalties:
      Make all payments payable to: U.S. District Clerk, 1133 N Shoreline Blvd Ste 208, Corpus Christi, TX 78401.
      The special assessment and the fine shall be paid at a rate of $50.00 per month, beginning 30 days after placement on supervised release.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

**Case Number**
**Defendant and Co-Defendant Names**
**(including defendant number)**                    **Total Amount**    **Joint and Several Amount**    **Corresponding Payee, if appropriate**

☐  See Additional Defendants and Co-Defendants Held Joint and Several.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

☐  See Additional Forfeited Property.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.